UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Louis Lomax,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>William Hutchins, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01284-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Extend the Time to File Motion for Summary Judgment (ECF No. 22). In the Motion, Defendants represent that Plaintiff is unwilling to stipulate to extend the dispositive motion deadline "because he wanted things to move along as quick as possible."

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file an opposition to Defendants' Motion no later than **June 10, 2025**. No reply is permitted without leave of Court.

DATED this 30th day of May, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE