**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Nathan Louis Lomax, | Case No. 2:23-cv-01284-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| William Hutchings, *et al.*, | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Extend the Time to File Motion for Summary Judgment (ECF No. 22). The Court considered the Motion and Opposition (ECF No. 26) thereto. Defendants establish good cause for the extension sought. Defendants' counsel is a Deputy Attorney General who has a heavy workload, with numerous matters involving motion practice and discovery preventing him from reasonably meeting the dispositive motion deadline in this case. Further, the extension sought is short and will not meaningfully prolong proceedings in this matter.

Plaintiff responds by arguing the merits of his case. ECF No. 26 at 2-3. Plaintiff provides no substantive argument that undermines the good cause established by defense counsel. *Id*.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Extend the Time to File Motion for Summary Judgment (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that the dispositive motion deadline, which includes motions for summary judgment, is extended to **July 7, 2025**.

IT IS FURTHER ORDERED that responses to dispositive motions are due **July 28, 2025**, and replies are due **August 11, 2025**.

DATED this 6th day of June, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE