UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Lomax, | Case No. 2:23-cv-01284-CDS-EJY |
| Plaintiff | Order Granting Defendants' Motion to Strike Plaintiff's Surreplies and Denying Defendants' Motion to Extend Time |
| v. | |
| William Hutchings, et al., | |
| Defendants | [ECF Nos. 40, 41, 42, 43] |

This is a 42 U.S.C. § 1983 action brought by pro se inmate Nathan Lomax against several defendants. *See* Compl., ECF No. 7. On July 7, 2025, the defendants filed a motion for summary judgment. Mot. summ. j., ECF No. 28. Lomax then filed his response to the summary judgment motion on July 22, 2025. Opp'n, ECF No. 34. Thereafter, the defendants filed a reply, making the motion fully briefed. Reply, ECF No. 35. On September 25 and 26, 2025, respectively, Lomax filed duplicative surreplies. *See* ECF Nos. 40, 41. The defendants now seek to strike the improper surreplies or, in the alternative, extend time to file responses thereto. Mot., ECF Nos. 42, 43. Any opposition to the defendants' motion was due on October 20, 2025, but to date, no response has been docketed. *see* LR 7-2(b) ("The deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion."). For the reasons set forth herein, the motion to strike the surreplies is granted and the motion to extend time is denied as moot.

Local Rule 7-2(b) states that "[s]urreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." LR 7-2 (b). Here, Lomax filed duplicative surreplies without leave of court. *See* ECF No. 40, 41. Consequently, the defendants' motion to strike the surreplies is granted and they are hereby stricken from the record.

1    Further, Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion constitutes consent to the granting of the motion. LR 7-2(d). Lomax did not file a response to the defendants' motions, so he consents to the court granting the requested relief.

IT IS HEREBY ORDERED that the defendants' motion to strike the plaintiff's surreplies [ECF No. 42] is GRANTED, therefore [ECF Nos. 40, 41] are STRICKEN.

IT IS FURTHER ORDERED that the defendants' motion to extend time [ECF No. 43] is DENIED as moot.

Dated: October 30, 2025

_____
Cristina D. Silva
United States District Judge

2